IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00291-PAB-BNB

MIKE GASSEL, individually and on behalf of similarly situated persons,

Plaintiff,

v.

AMERICAN PIZZA PARTNERS, L.P., and
AMERICAN RESTAURANT PARTNERS, L.P.,
RMC AMERICAN MANAGEMENT, INC., and
HEART OF TEXAS PIZZA LP,

Defendants.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Unopposed Motion for Leave to File Answer to Plaintiff's Amended Collective Action Complaint** [docket no. 29, filed May 28, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendants shall answer or otherwise respond to the plaintiff's Amended Complaint on or before **June 4, 2014**.

DATED:  May 28, 2014