IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00291-PAB-BNB

MIKE GASSEL, individually and on behalf of similarly situated persons,

Plaintiff,

v.

AMERICAN PIZZA PARTNERS, L.P., and
AMERICAN RESTAURANT PARTNERS, L.P.,
RMC AMERICAN MANAGEMENT, INC., and
HEART OF TEXAS PIZZA LP,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend Scheduling Order** [docket no. 71, filed August 6, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
 The parties shall designate all experts and provide opposing
 counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
 on or before **December 19, 2014**;

 The parties shall designate all rebuttal experts and provide
 opposing counsel with all information specified in Fed. R. Civ. P.
 26(a)(2) on or before **January 16, 2015**;

Discovery Cut-off:         **February 13, 2015**;
Dispositive Motion Deadline:    **March 13, 2015**.

IT IS FURTHER ORDERED that the Pretrial Conference set for January 14, 2015, is **vacated and reset to May 18, 2015, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **May 11, 2015**. Please remember that anyone seeking entry into the Alfred A. Arraj

United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2(b).


DATED:  August 6, 2014